IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

                Plaintiff,                ORDER

   v.

                                          07-CR-145-C

CANDICE ROSENBERG,

                Defendant.

_____

Defendant's motion to modify conditions of release to allow defendant a 30-day extension to self-report is GRANTED.

Entered this 8th day of October, 2008.

                BY THE COURT:

                /s/

                STEPHEN L. CROCKER
                Magistrate Judge